AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Barzilay, Judith M. | 2. Court or Organization<br><br>US Court of International Trade | 3. Date of Report<br><br>08/11/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge (Senior) | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

US Court of International Trade
One Federal Plaza
New York, NY 10278

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | Partner | Morgenstern Oil Operations |
| 3. | Trustee | Trust #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | William & Mary Law School; teaching income | $25,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | American Broadcast Company Pension |
| 2. | 2013 | Depository Trust Company pension |
| 3. | 2013 | Pensioen and Utikeringsraad (Dutch soc sec & statutory compensation to persecution victims 1940-45) |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/11/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA Retirement Annuity | B | Interest | M | T | | | | | |
| 2. DTCC 401K | A | Distribution | | | Redeemed | 06/26/13 | L | | |
| 3. Hudson City Savings Bank (cash) | B | Interest | N | T | | | | | |
| 4. IRA #1 | D | Int./Div. | N | T | | | | | |
| 5. - Dreyfus Gov't Prime Inv Sh | | | | | Sold (part) | 01/04/13 | J | | |
| 6. | | | | | Buy (add'l) | 05/20/13 | K | | |
| 7. | | | | | Buy (add'l) | 05/22/13 | K | | |
| 8. | | | | | Sold (part) | 05/23/13 | K | | |
| 9. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 10. | | | | | Sold (part) | 07/03/13 | J | | |
| 11. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 12. | | | | | Sold (part) | 10/24/13 | J | | |
| 13. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 14. | | | | | Sold (part) | 11/29/13 | J | | |
| 15. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 16. | | | | | Sold (part) | 12/23/13 | J | | |
| 17. | | | | | Buy (add'l) | 12/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/26/13 | J | | |
| 19. - American Century Value Fund (TWVLX) | | | | | | | | | |
| 20. - Artisan Mid-Cap Value Fund (ARTQX) | | | | | | | | | |
| 21. - Buffalo High Yield Fund (BUFHX) | | | | | | | | | |
| 22. - Cohen & Steers Realty Income Fund (CSEIX) | | | | | | | | | |
| 23. - Delaware Diversified Income Fund (DPFFX) | | | | | Buy | 05/20/13 | K | | |
| 24. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 25. - Diamond Hill Long Short Fund (DIAMX) | | | | | | | | | |
| 26. - Europacific Growth Fund Class F-2 (AEPFX) | | | | | Sold (part) | 10/21/13 | J | B | |
| 27. - Federated Total-Return Bond Fund (FTRBX) | | | | | Sold | 05/20/13 | K | A | |
| 28. - Harding Loevner Institutional Emerging Markets (HLMEX) | | | | | Buy (add'l) | 12/24/13 | J | | |
| 29. - Highmark Geneva Growth Fund (PNMFX) | | | | | Merged (with line 36) | 09/16/13 | J | | |
| 30. - Jensen Quality Growth Fund Class I (JENIX) | | | | | Buy | 11/11/13 | K | | |
| 31. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 32. | | | | | Buy (add'l) | 12/18/13 | J | | |
| 33. - John Hancock Sovereign Investors (SOVIX) | | | | | Sold | 11/11/13 | K | D | |
| 34. - Lord Abbett Small Cap Value Fund (LRSFX) | | | | | Sold (part) | 06/28/13 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 36. - Nationwide Geneva Mid Cap Growth Fund (NWHYX) (X) | | | | | | | | | |
| 37. - Pimco Emerging Local Bond Fund (PLBDX) | | | | | Buy (add'l) | 10/21/13 | J | | |
| 38. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 39. - Third Avenue International Value Fund (TAVIX) | | | | | | | | | |
| 40. - Ishares TR Tips Bd ETF (TIP) | | | | | Buy (add'l) | 10/21/13 | J | | |
| 41. - Vanguard Bd Index Fd Inc Short Term Bd (BSV) | | | | | Buy (add'l) | 06/28/13 | J | | |
| 42. Estate #1 | E | Royalty | N | Q | | | | | |
| 43. - National Financial Services, LLC (cash account) (X) | | | | | Distributed | 06/21/13 | J | | |
| 44. - Merrill Lynch, Pierce, Fenner & Smith, Inc. (cash account) (X) | | | | | Distributed | 06/21/13 | J | | |
| 45. - Lower Colo Riv Auth Tex Rev Municipal Bond (X) | | | | | Distributed | 06/21/13 | K | | |
| 46. - Miami-Dade Cnty Fla Aviation Rev Ser A Municipal Bond (X) | | | | | Distributed | 06/21/13 | K | | |
| 47. - New Jersey St Edl Facs Auth Rev Kean Univ Municipal Bond (X) | | | | | Distributed | 06/21/13 | K | | |
| 48. - New Jersey St Hsg & Mtg Fin Agy Mult-Family Rev Municipal Bond (X) | | | | | Distributed | 06/21/13 | L | | |
| 49. - New Jersey St, Transn Tr Fd Auth Ser A Municipal Bond (X) | | | | | Distributed | 06/21/13 | M | | |
| 50. - New Jersey St Tpk Auth Tpk Rev Ser E Municipal Bond (X) | | | | | Distributed | 06/21/13 | K | | |
| 51. - Bellsouth Corp Deb Corp Bond (X) | | | | | Distributed | 06/21/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - General Elec Cap Corp Medium Term Nts Corp Bond (X) | | | | | Distributed | 06/21/13 | K | | |
| 53. - Goldman Sachs Group Inc Sub Nt Corp Bond (X) | | | | | Distributed | 06/21/13 | K | | |
| 54. - John Hancock Life Ins Co Signature Notes Corp Bond (X) | | | | | Distributed | 06/21/13 | K | | |
| 55. - Merrill Lynch & Co Inc Sub Nt Corp Bond (X) | | | | | Distributed | 06/21/13 | K | | |
| 56. - AT&T Inc Com (T) (X) | | | | | Distributed | 06/21/13 | K | | |
| 57. - Atmos Energy Corp Com (ATO) (X) | | | | | Distributed | 06/21/13 | K | | |
| 58. - BP Prudhoe Bay Royalty Trust (BPT) (X) | | | | | Distributed | 06/21/13 | K | | |
| 59. - Bristol Myers Squibb Co. Com (BMY) (X) | | | | | Distributed | 06/21/13 | K | | |
| 60. - Consolidated Edison Inc Com (ED) (X) | | | | | Distributed | 06/21/13 | L | | |
| 61. - Glaxosmithkline Plc Spons Adr (GSK) (X) | | | | | Distributed | 06/21/13 | K | | |
| 62. - Kinder Morgan Energy Partners L P Unit Ltd (KMP) (X) | | | | | Distributed | 06/21/13 | L | | |
| 63. - Public Svc Enterprise Group Inc Com (PEG) (X) | | | | | Distributed | 06/21/13 | M | | |
| 64. - Southern Co Com (SO) (X) | | | | | Distributed | 06/21/13 | K | | |
| 65. -Fidelity Puritan Fund (FPURX) (X) | | | | | Distributed | 06/21/13 | M | | |
| 66. - Valley Bank (cash) (X) | | | | | Distributed | 08/08/13 | L | | |
| 67. - PNC Bank (cash) (X) | | | | | Distributed | 08/21/13 | J | | |
| 68. - Bank of America (cash) (X) | | | | | Distributed | 08/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Betz (Royalty Interest): Ness County, KS (X) | | | | | | | | | |
| 70. - Beyer (Royalty Interest): Canadian County, OK (X) | | | | | | | | | |
| 71. - Blank (Royalty Interest): Rooks County, KS (X) | | | | | | | | | |
| 72. - Brungardt (Royalty Interest): Graham County, KS (X) | | | | | | | | | |
| 73. - Davis (Royalty Interest): Butler County, KS (X) | | | | | | | | | |
| 74. - Denher (Royalty Interest): Rush County, KS (X) | | | | | | | | | |
| 75. - Deniston (Royalty Interest): Pratt County, KS (X) | | | | | | | | | |
| 76. - Draybek (Royalty Interest): Oklahoma County, OK (X) | | | | | | | | | |
| 77. - Egger (Royalty Interest): Ellis County, KS (X) | | | | | | | | | |
| 78. - Galumet - Wilson (Royalty Interest): Canadian County, OK (X) | | | | | | | | | |
| 79. - George Russell (Royalty Interest): Canadian County, OK (X) | | | | | | | | | |
| 80. - Goad 1-21 (Working Interest): Grady & Canadian Counties, OK (X) | | | | | | | | | |
| 81. - Goad 2-21 (Working Interest): Grady & Canadian Counties, OK (X) | | | | | | | | | |
| 82. - Goodman K. (Royalty Interest): Canadian County, OK (X) | | | | | | | | | |
| 83. - Henry J. (Working Interest): Canadian County, OK (X) | | | | | | | | | |
| 84. - Keller "A" - Kay (Royalty Interest): Stafford County, KS (X) | | | | | | | | | |
| 85. - Keller "P" (Royalty Interest): Rooks County, KS (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - King (Royalty Interest): Oklahoma County, OK (X) | | | | | | | | | |
| 87. - Laton - Gamble-Blank (Royalty Interest): Rooks County, KS (X) | | | | | | | | | |
| 88. - Maruska (Royalty Interest): Oklahoma County, OK (X) | | | | | | | | | |
| 89. - Maxey 1-6 (Royalty Interest): Canadian County, OK (X) | | | | | | | | | |
| 90. - Mc Fadden (Royalty Interest): Rooks County, KS (X) | | | | | | | | | |
| 91. - Mickie Ann (Royalty Interest): Canadian County, OK (X) | | | | | | | | | |
| 92. - Munzny (Royalty Interest): Cleveland County, OK (X) | | | | | | | | | |
| 93. - Nelson (Royalty Interest): Hodgeman County, KS (X) | | | | | | | | | |
| 94. - Osborne (Royalty Interest): Oklahoma County, OK (X) | | | | | | | | | |
| 95. - Pekarik (Royalty Interest): Ellsworth County, KS (X) | | | | | | | | | |
| 96. - Prescott (Royalty Interest): Stafford County, KS (X) | | | | | | | | | |
| 97. - Reinauer 1 (Royalty Interest): Canadian County, OK (X) | | | | | | | | | |
| 98. - Springer (Royalty Interest): Canadian County, OK (X) | | | | | | | | | |
| 99. - Tate 1-11 (Royalty Interest): Canadian County, OK (X) | | | | | | | | | |
| 100. - Thomason (Royalty Interest): Oklahoma County, OK (X) | | | | | | | | | |
| 101. - Tinsely (Royalty Interest): Oklahoma County, OK (X) | | | | | | | | | |
| 102. - Welsch (Royalty Interest): Edwards County, KS (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Wess (Royalty Interest): Barton County, KS (X) | | | | | | | | | |
| 104. Trust #1 | C | Int./Div. | N | T | | | | | |
| 105. - TIAA-CREF Liquid Asset Sweep Account (cash) | | | | | Open | 06/21/13 | J | | |
| 106. - Lower Colo Riv Auth Tex Rev Municipal Bond (X) | | | | | Sold | 07/01/13 | J | | |
| 107. - Miami-Dade Cnty Fla Aviation Rev Ser A Municipal Bond (X) | | | | | Sold | 07/01/13 | J | | |
| 108. - New Jersey St Edl Facs Auth Rev Kean Univ Municipal Bond (X) | | | | | Sold | 07/01/13 | J | | |
| 109. - New Jersey St Hsg & Mtg Fin Agy Mult-Family Rev Municipal Bond (X) | | | | | Sold | 07/01/13 | J | A | |
| 110. - New Jersey St, Transn Tr Fd Auth Ser A Municipal Bond (X) | | | | | Sold | 07/01/13 | K | B | |
| 111. - New Jersey St Tpk Auth Tpk Rev Ser E Municipal Bond (X) | | | | | Sold | 07/01/13 | J | A | |
| 112. - Bellsouth Corp Deb Corp Bond (X) | | | | | Sold | 06/28/13 | J | | |
| 113. - General Elec Cap Corp Medium Term Nts Corp Bond (X) | | | | | Sold | 07/09/13 | J | | |
| 114. - Goldman Sachs Group Inc Sub Nt Corp Bond (X) | | | | | Sold | 06/28/13 | J | | |
| 115. - John Hancock Life Ins Co Signature Notes Corp Bond (X) | | | | | Sold | 07/01/13 | J | | |
| 116. - Merrill Lynch & Co Inc Sub Nt Corp Bond (X) | | | | | Sold | 07/01/13 | J | B | |
| 117. - AT&T Inc Com (T) (X) | | | | | Sold | 07/01/13 | K | C | |
| 118. - Atmos Energy Corp Com (ATO) (X) | | | | | Sold | 07/01/13 | J | | |
| 119. - BP Prudhoe Bay Royalty Trust (BPT) (X) | | | | | Sold | 07/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Bristol Myers Squibb Co. Com (BMY) (X) | | | | | Sold | 07/01/13 | J | C | |
| 121. - Consolidated Edison Inc Com (ED) (X) | | | | | Sold | 07/01/13 | J | C | |
| 122. - Glaxosmithkline Plc Spons Adr (GSK) (X) | | | | | Sold | 07/01/13 | J | C | |
| 123. - Kinder Morgan Energy Partners L P Unit Ltd (KMP) (X) | | | | | Sold | 07/01/13 | K | C | |
| 124. - Public Svc Enterprise Group Inc Com (PEG) (X) | | | | | Sold | 07/01/13 | K | | |
| 125. - Southern Co Com (SO) (X) | | | | | Sold | 07/01/13 | J | | |
| 126. -Fidelity Puritan Fund (FPURX) (X) | | | | | Sold | 07/01/13 | K | D | |
| 127. - Bernstein Diversified Mutual Fund (SNDPX) | | | | | Buy | 07/01/13 | J | | |
| 128. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 129. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 130. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 131. | | | | | Sold (part) | 12/18/13 | J | | |
| 132. - Diamond Hill Long Short Fund (DIAMX) | | | | | Buy | 07/01/13 | K | | |
| 133. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 134. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 135. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 136. | | | | | Sold (part) | 12/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Franklin High Yield Tax Free Income Fund (FHYVX) | | | | | Buy | 07/01/13 | J | | |
| 138. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 139. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 140. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 141. | | | | | Sold (part) | 12/18/13 | J | | |
| 142. - Nuveen Virginia Municipal Bond Fund (FVATX) | | | | | Buy | 07/01/13 | J | | |
| 143. | | | | | Buy (add'l) | 07/03/13 | K | | |
| 144. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 145. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 146. - Pimco Emerging Local Bond Fund (PLBDX) | | | | | Buy | 07/01/13 | J | | |
| 147. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 148. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 149. | | | | | Sold (part) | 12/18/13 | J | | |
| 150. - TIAA CREF Emerging Markets Equity Fund (TEQLX) | | | | | Buy | 07/01/13 | J | | |
| 151. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 152. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 153. | | | | | Sold (part) | 12/18/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 155. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 156.  - Ishares Tr Russell Mid-Cap Value ETF (IWS) | | | | | Buy | 07/01/13 | J | | |
| 157. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 158. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 159.  - Ishares Tr Russell Mid-Cap ETF (IWR) | | | | | Buy | 07/01/13 | J | | |
| 160. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 161. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 162.  - Ishares Tr Russell 1000 Value ETF (IWD) | | | | | Buy | 07/01/13 | K | | |
| 163. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 164. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 165. | | | | | Sold (part) | 12/19/13 | J | | |
| 166.  - Ishares Tr Russell 1000 Growth ETF (IWF) | | | | | Buy | 07/01/13 | K | | |
| 167. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 168. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 169.  - Ishares Tr Russell 2000 ETF (IWM) | | | | | Buy | 07/01/13 | J | | |
| 170. | | | | | Buy (add'l) | 07/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 172.  - Ishares Tr Msci Eafe Small Cap ETF (SCZ) | | | | | Buy | 07/01/13 | J | | |
| 173. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 174. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 175.  - Spdr IndexShs Fds Msci Acwi Ex-US ETF (CWI) | | | | | Buy | 07/01/13 | J | | |
| 176. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 177. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 178.  - Spdr Ser Tr Dow Jones Reit ETF (RWR) | | | | | Buy | 07/01/13 | J | | |
| 179. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 180. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 181. | | | | | Sold (part) | 12/18/13 | J | | |
| 182.  IRA #2 | B | Int./Div. | L | T | | | | | |
| 183.  - Diamond Hill Long Short Fund (DIAMX) (X) | | | | | | | | | |
| 184.  - Pimco Emerging Local Bond Fund (PLBDX) | | | | | Buy | 07/12/13 | J | | |
| 185.  - TIAA-CREF International Equity Index Fund (TCIEX) | | | | | Buy | 07/12/13 | J | | |
| 186.  - TIAA-CREF Small Cap Blend Index Fund (TISBX) | | | | | Buy | 07/12/13 | J | | |
| 187.  - TIAA-CREF Large Cap Value Index Fund (TILVX) | | | | | Buy | 07/12/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barzilay, Judith M. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - TIAA-CREF Large Cap Growth Index Fund (TILIX) | | | | | Buy | 07/12/13 | J | | |
| 189. - TIAA-CREF Bond Index Fund (TBIIX) | | | | | Buy | 07/12/13 | J | | |
| 190. - Ishares Tr Tips Bd ETF (TIP) | | | | | Buy | 07/12/13 | J | | |
| 191. | | | | | Sold (part) | 08/15/13 | J | | |
| 192. - Ishares Tr Russell Mid Cap Value ETF (IWS) | | | | | Buy | 07/12/13 | J | | |
| 193. - Ishares Tr Russell Mid Cap ETF (IWR) | | | | | Buy | 07/12/13 | J | | |
| 194. - Ishares Tr IBOXX $ High Yield Corp Bd (HYG) | | | | | Buy | 07/12/13 | J | | |
| 195. - Spdr Ser Tr Dow Jones Reit ETF (RWR) | | | | | Buy | 07/12/13 | J | | |
| 196. - Vanguard Bd Index Fd Inc Short Term Bd (BSV) | | | | | Buy | 07/12/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 1: Appointed as Executor of Estate #1; all reportable assets of Estate #1 are listed in Part VII.

Part I, line 2: Morgenstern Oil Operations was formed in 2014, but the position is reported here per section 102(a)(6)(A) of the Ethics in Government Act of 1978 (filing instructions, page 9). Assets relating to this organization will become reportable in the 2014 report.

Part I, line 3: All reportable assets of Trust #1 are included in Part VII.

Part III-A., line 1: Teaching ncome was received September 2013 through December 2013.

Part VII, line 2: The filer had no control over this account. At redemption, it included a DTCC fixed income contract, Loomis Bond Fund, Columbia Acorn Fund, Euro Pacific Growth Fund, and Main Stay Large Cap Growth Fund.

Part VII, line 3: Formerly listed as HCSB.

Part VII, line 4: IRA #1 was identified in prior reports as TIAA-CREF brokerage account. The asset listed on lines 5, 19-22, 25-29, 33, 34, 37, and 39-41 of this IRA were previously owned but not separately identified in prior reports.

Part VII, line 42: The income type for the estate was listed as "Royalty" and the value method was listed as "Q," based upon the remaining assets within the estate. The appraisal date was 1/25/13. For additional cash and investment assets that were distributed during 2013, the income type would be "Int./Div.," and the value method code would be "T."

Part VII, lines 69-103: Any numerals in the descriptions of oil interests are part of the names of those interests.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Judith M. Barzilay**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544